UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRINC, INC., a Michigan corporation,
and PIERRE J. AUGIER, a Michigan
resident,

      Plaintiffs,

                    Civil No.07-12488
                    Hon. John Feikens
     v.               Magistrate Stephen D. Pepe

RADIAL WHEEL, LLC, a Georgia
limited liability company, CLEMENT
O. DENNIS, a Georgia resident, and
STEPHEN R. GROSS, a Georgia resident,

      Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have before me Magistrate Stephen D. Pepe's Report and Recommendation ("Report"). In his Report, Magistrate Pepe recommends that I deny Plaintiffs' Motion for Leave to Amend, grant in part Defendants' Motion for Leave to Amend, deny Plaintiffs' Motion for a Permanent Injunction, and deny Plaintiffs' Motion to Disqualify Defense Counsel. Plaintiffs have filed objections to Magistrate Pepe's Report and Recommendation. Having considered Plaintiffs' objections, I find that Magistrate Pepe has thoroughly and correctly analyzed the issues and I agree with his recommendation. For these reasons, I OVERRULE Plaintiffs' objections, ADOPT Magistrate Pepe's Report and DENY Plaintiffs' Motion for Leave to Amend, GRANT in part Defendants' Motion for Leave to Amend, DENY Plaintiffs' Motion for a Permanent Injunction, and DENY Plaintiffs' Motion to Disqualify Defense Counsel.

**IT IS SO ORDERED.**

Date: March 3, 2009    s/ John Feikens
John Feikens
United States District Judge

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on March 3, 2009, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager