UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRINC, INC., a Michigan corporation,
and PIERRE J. AUGIER, a Michigan
resident,

      Plaintiffs,

                                                  Civil No.07-12488
                                                  Hon. John Feikens
      v.                                           Magistrate Judge Steven D. Pepe

RADIAL WHEEL, LLC, a Georgia
limited liability company, CLEMENT
O. DENNIS, a Georgia resident, and
STEPHEN R. GROSS, a Georgia resident,

      Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have before me Magistrate Judge Steven D. Pepe's Report and Recommendation ("Report"). In his Report, Judge Pepe recommends that I grant summary judgment to Defendants Dennis and Gross with regard to Counts I, II, and III of Plaintiffs' Amended Complaint. Judge Pepe also recommends that I grant summary judgment to Defendant Radial Wheel on Counts II and III of Plaintiffs' Amended Complaint.. Neither party has filed objections to the Report. I find that Judge Pepe has thoroughly and correctly analyzed the issues and I agree with his recommendation. For these reasons, I ADOPT Judge Pepe's Report and GRANT Defendants' Motion for Partial Summary Judgment on Counts I, II, and III of Plaintiffs' Amended Complaint with respect to Defendants Gross and Dennis. Additionally, I GRANT Defendants' Motion for Partial Summary Judgment on Counts II and III of Plaintiffs' Amended Complaint with respect to Defendant Radial Wheel.

**IT IS SO ORDERED.**

Date:   March 19, 2009            s/ John Feikens
                                  John Feikens
                                  United States District Judge

> Proof of Service
>
> I hereby certify that the foregoing order was served on the attorneys/parties of record on March 19, 2009 by U.S. first class mail or electronic means.
>
>                             s/Carol Cohron
>                             Case Manager